## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ADNAN ABDIC                   §          Case No. 08-72445
     AZRA ABDIC                     §
                   §
        Debtors               §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on <u>07/31/2008</u>.

2) The plan was confirmed on <u>03/13/2009</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on <u>NA.</u>

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA.</u>

5) The case was converted on <u>08/07/2009</u>.

6) Number of months from filing or conversion to last payment: <u>9</u>.

7) Number of months case was pending: <u>12</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$27,275.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 12,229.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 12,229.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,375.80 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 940.90 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,316.70 |

Attorney fees paid and disclosed by debtor:    $ 300.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,375.80 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 30,300.00 | 30,894.62 | 30,300.00 | 914.35 | 4,515.07 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 0.00 | 594.62 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Uns | 2,781.08 | 3,008.15 | 3,008.15 | 0.00 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Sec | 0.00 | 233,620.58 | 0.00 | 0.00 | 0.00 |
| HSBC AUTO FINANCE (f/k/a | Sec | 19,365.38 | 19,365.38 | 19,365.38 | 2,432.57 | 1,050.31 |
| HSBC AUTO FINANCE (f/k/a | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Sec | 0.00 | 55,847.24 | 0.00 | 0.00 | 0.00 |
| ACCOUNT RECEIVABLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,152.94 | 1,137.90 | 1,137.90 | 0.00 | 0.00 |
| APPLIED CARD BANK | Uns | 1,591.22 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 315.89 | 301.89 | 301.89 | 0.00 | 0.00 |
| BRONSON & MIGLIACCIO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 0.00 | 566.27 | 566.27 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 3,327.53 | 3,754.41 | 3,754.41 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 3,714.93 | 4,936.28 | 4,936.28 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 8,347.56 | 9,199.02 | 9,199.02 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 925.54 | 931.57 | 931.57 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**<u>Scheduled Creditors:</u>**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Uns | 1,411.60 | 1,411.60 | 1,411.60 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,093.56 | 1,093.56 | 1,093.56 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,092.93 | 897.77 | 897.77 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,637.44 | 1,654.67 | 1,654.67 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 983.08 | 983.09 | 983.09 | 0.00 | 0.00 |
| HSBC CARD SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 827.05 | 954.95 | 954.95 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,292.50 | 1,292.50 | 1,292.50 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,862.21 | 1,862.21 | 1,862.21 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,578.00 | 1,578.00 | 1,578.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,333.45 | 1,368.45 | 1,368.45 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP, INC. | Uns | 1,591.22 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,092.93 | 1,122.06 | 1,122.06 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 2,520.53 | 2,520.53 | 2,520.53 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 2,488.74 | 2,488.74 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 395.05 | 395.05 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 49,665.38 | $ 3,346.92 | $ 5,565.38 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 49,665.38 | $ 3,346.92 | $ 5,565.38 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 44,053.29 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,316.70 |
| Disbursements to Creditors | $ 8,912.30 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 12,229.00 |

UST Form 101-13-FR-S (4/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  08/13/2009          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**